```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 19448
   FRAIDOON M ISHAYA
   JULIET E ISHAYA                             CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER
          Debtor
   SSN XXX-XX-1276     SSN XXX-XX-2318


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/19/2007 and was confirmed 12/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  18.00%.

     The case was converted to chapter 7 after confirmation 11/12/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
 BEST BUY                   SECURED                  .00          .00             .00
 ECAST SETTLEMENT CORP      UNSECURED            3956.48          .00          107.30
 CHASE/CIRCUIT CITY         SECURED              2000.00       105.98          650.02
 CHASE/CIRCUIT CITY         UNSECURED           NOT FILED         .00             .00
 CHASE BANK USA NA          SECURED               471.94        24.52          167.48
 CHASE BANK USA NA          UNSECURED            7513.61          .00          224.98
 CITIFINANCIAL MORTGAGE     CURRENT MORTG            .00          .00             .00
 WORLD FINANCIAL NETWORK    SECURED                  .00          .00             .00
 ROUNDUP FUNDING LLC        UNSECURED            4807.22          .00          181.20
 ROUNDUP FUNDING LLC        SECURED                  .00          .00             .00
 ROUNDUP FUNDING LLC        UNSECURED            1521.00          .00           53.66
 CITIMORTGAGE INC           CURRENT MORTG            .00          .00             .00
 CITIMORTGAGE INC           SECURED NOT I         30.00           .00             .00
 PORTFOLIO RECOVERY         UNSECURED           13153.69          .00          393.84
 ECAST SETTLEMENT CORP      UNSECURED           11143.89          .00          414.58
 ECAST SETTLEMENT CORP      UNSECURED            5681.08          .00          228.50
 ECAST SETTLEMENT CORP      UNSECURED           10702.10          .00          428.58
 ECAST SETTLEMENT CORP      UNSECURED             723.46          .00           15.44
 ECAST SETTLEMENT CORP      UNSECURED            6383.93          .00          256.87
 ROUNDUP FUNDING LLC        UNSECURED             637.13          .00           18.20
 CAPITAL ONE                UNSECURED            4586.45          .00          124.38
 CAPITAL ONE                UNSECURED             911.26          .00           16.89
 CAPITAL ONE                UNSECURED            1331.06          .00           36.10
 ECAST SETTLEMENT CORP      UNSECURED             635.18          .00           15.45
 ROUNDUP FUNDING LLC        UNSECURED            4966.29          .00          182.86
 ROUNDUP FUNDING LLC        UNSECURED            1278.98          .00           35.66
 CHASE BANK USA NA          UNSECURED            5535.72          .00          165.74
 PRA RECEIVABLES MGMT       UNSECURED            9526.87          .00          285.24
 RBS CITIZENS NA            UNSECURED             489.16          .00             .00
 DISCOVER FINANCIAL SERVI   UNSECURED            8814.68          .00          263.92
 HOME DEPOT                 UNSECURED           NOT FILED         .00             .00
 HOUSEHOLD                  UNSECURED           NOT FILED         .00             .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 19448 FRAIDOON M ISHAYA & JULIET E ISHAYA
```

```
HSBC NV ORCHARD BANK       UNSECURED        NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED          1221.12            .00          36.56
KOHLS                      UNSECURED        NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED          1909.44            .00          51.79
ECAST SETTLEMENT CORP      UNSECURED          1037.59            .00          16.34
ECAST SETTLEMENT CORP      UNSECURED          5844.30            .00         174.99
ECAST SETTLEMENT CORP      UNSECURED           600.85            .00          16.30
PORTFOLIO RECOVERY         UNSECURED           701.45            .00          17.08
TARGET NATIONAL BANK       UNSECURED           504.16            .00          15.10
TARGET NATIONAL BANK       UNSECURED          4439.56            .00         120.39
ECAST SETTLEMENT CORP      UNSECURED          1054.99            .00          16.62
ECAST SETTLEMENT CORP      UNSECURED          1082.68            .00          32.43
PORTFOLIO RECOVERY         UNSECURED          2175.24            .00          52.93
CHASE BANK                 UNSECURED          1339.43            .00          36.32
AMERICAN HONDA FINANCE C   SECURED NOT I     19647.07            .00            .00
TARGET NATIONAL BANK       UNSECURED          1217.38            .00          36.44
ECAST SETTLEMENT CORP      UNSECURED           650.96            .00          15.84
ECAST SETTLEMENT CORP      UNSECURED           429.69            .00            .00
ROUNDUP FUNDING LLC        UNSECURED          6224.88            .00         172.09
PETER FRANCIS GERACI       DEBTOR ATTY           .00                            .00
TOM VAUGHN                 TRUSTEE                                           440.49
DEBTOR REFUND              REFUND                                            215.90
```

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 5,865.00

PRIORITY                                            .00
SECURED                                          817.50
    INTEREST                                     130.50
UNSECURED                                      4,260.61
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                             440.49
DEBTOR REFUND                                    215.90
                        ---------------    ---------------
TOTALS                  5,865.00               5,865.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 02/24/09     _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE

                            PAGE   2
        CASE NO. 07 B 19448 FRAIDOON M ISHAYA & JULIET E ISHAYA